Entered on Docket
July 28, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: July 25, 2008

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                     No. 08-41257 TM
                                          Chapter 7
ENRNESTO DECASTRO ASUNCION,               R.S. No. MTD 558
NELDA RAMOS ASUNCION,

           Debtors.
_____/

**MEMORANDUM RE MOTION FOR RELIEF FROM STAY**

    The motion of Mortgage Electronic Registration Systems, Inc. ("MERS"), its assignees and/or successor in interest, for relief from the automatic stay came on for hearing before the above-captioned Court on July 25, 2008 at 11:00 a.m. Appearances were stated on the record. The Court announced that it had some concerns, which it would set forth in writing, and continued the hearing to August 15, 2008 at 11:00 a.m. Those concerns are as follows:

    The Court is informed that MERS has neither an equitable interest in the secured claims that form the basis for the motions it files in bankruptcy court nor any servicing obligations. The Court is informed that MERS simply provides the name in which the real

party in interest acts so that names need not be changed when the underlying note changes hands.

In the instant case, the declaration is signed by a Countrywide Home Loans, Inc. ("Countrywide") which is identified as the loan servicer for MERS.  However, the note and deed of trust, copies of which are attached to the declaration, identify Countrywide as the lender.  Thus, thus the contents of the motion are internally inconsistent.  Moreover, the declaration, which is signed under penalty of perjury appears to be false.  The Court may not grant relief based on a record that does not accurately identify the real party in interest and has serious concerns about the submission of sworn statements that contain false information.

END OF DOCUMENT

```
 1                        COURT SERVICE LIST
 2   David C. Winton
 3   Law Offices of David C. Winton
     936-B Seventh St. #345
 4   Novato, CA 94545

 5   Mark T. Domeyer
     Miles, Bauer, Bergstrom & Winters, LLP
 6   1665 Scenic Ave., Ste. 200
     Costa Mesa, CA 92626
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```